ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
BETSY C. JEFFERIS, ESQ.
Nevada Bar No. 12980
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
bjefferis@psalaw.net
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MYRNA ENRIQUEZ,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC. dba WALMART STORE #2593; DOES 1 through 10; ROE CORPORATIONS 11 through 20, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01010-APG-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//
//

- 1 -

party's own costs and attorney's fees.

DATED this 5 day of Jan, 2018.    DATED this 18th day of Jan, 2018.

**HARRIS & HARRIS**    **PHILLIPS, SPALLAS & ANGSTADT**

_____    _____
Brian K. Karris, Esq.    Betsy C. Jefferis, Esq.
Nevada Bar No. 7737    Nevada Bar No. 12980
801 S. Fourth St.    504 South Ninth Street
Las Vegas, Nevada 89101    Las Vegas, Nevada 89101
*Attorneys for Plaintiff*    *Attorneys for Defendant*
*Myrna Enriquez*    *Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

Dated: January 18, 2018.

_____
**UNITED STATES DISTRICT JUDGE**